B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Denise Lois Shabazz                ,          Case No.  13 B 32368
               Debtor

                                                         Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 70.25      Check one  ☐ With the filing of the petition, or
                               ☒ On or before  September 20, 2013

$ 70.25   on or before  October 13, 2013

$ 70.25   on or before  November 13, 2013

$ 70.25   on or before  December 13, 2013

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  5 SEP 2013

*Eugene R. Wedoff*
United States Bankruptcy Judge